# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139199

In re LARRY ANDRE WELLONS and
LA'SKY LA'RHONDA WELLONS, Minors.
_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

LARON DESEAN WELLONS,
      Respondent-Appellant,

and

KANIQUE TASHAWN WELLONS,
      Respondent.
_____/

SC: 139199
COA: 288649
Oakland CC Family Division:
07-733423-NA

     On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2009

d0728

_____
Clerk